United States District Court
Southern District of Texas
**ENTERED**
November 13, 2015
David J. Bradley, Clerk

Cause Number   H-13-0852

Style   Mag-Dolphus, Inc.   v.   Ironwood Construction, Inc.

Appearances:

Counsel:                                    Representing:

Gregory Stewart                             Plaintiffs

Rodney Geer                                 Defendant
Chistopher Hanlon                           "


Date:   November 13, 2015            Reporter:   K. Miller
                                     Law Clerk:  J. West

Time:   ____/____ a.m.
        2:30/2:35 p.m.

### HEARING
### MINUTES AND ORDER

At the hearing the following rulings were made:

For the reasons stated on the record, this action is REMANDED to 410th Judicial District Court for Montgomery County, Texas, where it was originally filed under Cause Number 1302-01134.

The Clerk will file the Minutes and Order and provide copies to the parties.

Sim Lake
United States District Judge